# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GODOY, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-03771-JCS<br><br>*Assigned to Magistrate Judge Joseph C. Spero*<br><br>**ORDER REGARDING DECLARATION OF DANJA STOCCA IN RESPONSE TO THE COURT'S MARCH 20, 2025, ORDER OF DISMISSAL** |

　　　Based on the Declaration of Danja Stocca in Response to the Court's March 20, 2025, Order of Dismissal, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the case is reopened, and a Status Conference is set for **May 21, 2025, at 2:00 PM by Zoom videoconference. Zoom Webinar ID: 161 926 0804. Passcode: 050855.**

　　　**IT IS SO ORDERED.**

DATE: May 6, 2025　　　　　By: _____
　　　　　　　　　　　　　　　　Hon. Joseph C. Spero
　　　　　　　　　　　　　　　　United States Magistrate Judge

1